IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Vincent George Smith, | ) | CASE NO. 13-69551-BEM |
| | ) | |
| | ) | |
| Debtor. | ) | |

_____

**CERTIFICATION REGARDING REVIEW OF PROOFS OF CLAIM**

COME NOW Robert J. Semrad and Associates, counsel of record for the Debtor in the above styled Chapter 13 case, and file this "Certification Regarding Review of Proofs of Claim" and show to this Honorable Court the following:

1.

The Debtor filed the instant Chapter 13 proceeding on September 4, 2013.

2.

All filed Proofs of Claim have been reviewed to determine their validity and to ensure proper treatment by the Chapter 13 Trustee. Actions deemed appropriate have or will be taken.

3.

Pursuant to General Order Number 9, the Debtor's counsel has satisfied this requirement.

Respectfully Submitted,

This 3rd Day of April, 2014.

                                                           John  Forbes    /S/
                                                          John  Forbes, Esq.
                                                          Attorney for Debtor
                                                          GA Bar No. 940431
                                                          Robert J. Semrad & Associates
                                                          101 Marietta Street NW
                                                          Atlanta, GA 30303
                                                          404-410-7838

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Vincent George Smith, | ) | CASE NO. 13-69551-BEM |
| | ) | |
| | ) | |
| Debtor. | ) | |

_____

### CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within papers upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Vincent George Smith
6532 Dekeon Drive
Atlanta, GA 30349

I further certify that, by agreement of parties, Mary Ida Townson, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This 3rd Day of April, 2014.

John  Forbes     /S/
John  Forbes, Esq.
Attorney for Debtor
GA Bar No. 940431
Robert J. Semrad & Associates

                     101 Marietta Street NW
                      Atlanta, GA 30303
                      404-410-7838